UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          - against-

JOHANNA DE JESUS,

                  Defendant.
-------------------------------------------------x

**SCHEDULING ORDER**

24 mag. 1723 (ER)

Ramos, D.J.:

      A waiver of indictment and plea is scheduled for **October 3, 2024, at 11:30 a.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

      SO ORDERED.

Dated:  New York, New York
        September 19, 2024

                                            Edgardo Ramos, U.S.D.J.